# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MOUFIDA ZAHRI,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>AAA NEVADA INSURANCE COMPANY,<br>d/b/a AAA INSURANCE, et al.,<br><br>　　　　Defendants. | Case No. 2:11-cv-01418-KJD-GWF<br><br>**ORDER**<br><br>Defendant's Motion to Strike or Drop Paragraph 3 and Any Other References to "Doe" and "Roe" Defendants (#4) |

　　　　This matter comes before the Court on Defendant's Motion to Strike or Drop Paragraph 3 and any Other Improper References to "Doe" and "Roe" Defendants, of Plaintiff's Complaint (#4). filed on September 9, 2011, and Plaintiff's Non-Opposition to Defendant's Motion (#7), filed on September 19, 2011.  Defendant requests the Court strike any references to "Doe" and "Roe" Defendants in Plaintiff's complaint, arguing they are improper under the Federal Rules of Civil Procedure.  Plaintiff has no opposition to the Court granting Defendant's Motion.  Accordingly,

　　　　**IT IS HEREBY ORDERED** that Defendant's Motion to Strike or Drop Paragraph 3 and any Other Improper References to "Doe" and "Roe" Defendants, of Plaintiff's Complaint (#4) is **granted**.

　　　　DATED this 20th day of September, 2011.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge